

**Paducah Rigging, Inc.**
7701 St. Clair Avenue
East St. Louis, IL 62203

(618) 398-1991
Fax (618) 398-5125

REMIT TO: Paducah Rigging, Inc.
4150 Cairo Road
Paducah, KY 42001

MAY 2 9 REC'D



EXHIBIT B

BILL TO:

West Kentucky Navigation
631 MARINE WAY
PADUCAH KY 42003

SHIP TO:

LDC
M/V: CINDY CELESTE

| | | | | | |
|---|---|---|---|---|---|
| 140 | IV | 20200 | DELIVERY | Net 30 days | 5/27/2009 |
| | | 1 X 199 bdl3 IWRC WS EYE ONE END ONLY | | $726.00 | $726.00 |

Approved [signature]
Date 05/29/09
M/V CCE
Rebill Yes ____ No ____
Code ____

Thank You

$726.00
$0.00
$0.00
$0.00
$726.00